FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

JAN 2 3 2025

GARY P. SEDAR
CLERK OF COURT

BY_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br><br>JEREMIAH JOSEPH EVANS,<br><br>Defendant(s). | Case No. 2:25CR12 TC<br><br><br>**CONSENT TO ENTRY OF PLEA OF GUILTY BEFORE THE MAGISTRATE JUDGE AND ORDER OF REFERENCE** |

Pursuant to 28 U.S.C. § 636(b)(3), the defendant, JEREMIAH JOSEPH EVANS, after

consultation and agreement with counsel, consents to United States Magistrate Judge Daphne A.

Oberg accepting defendant's plea of guilty and to the Magistrate Judge conducting proceedings

pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The defendant also

acknowledges and understands that sentencing on his plea of guilty will be before the assigned

District Judge after a pre-sentence investigation and report, and compliance with Fed.R.Crim.P.

32.

The United States, by and through the undersigned Assistant United States Attorney,

consents to the Magistrate Judge conducting plea proceedings pursuant to Fed.R.Crim.P. 11, and

accepting the defendant's plea of guilty as indicated above, pursuant to such proceedings.

DATED this 23RD day of January, 2025.

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(3), and the consent of the parties above mentioned,

including the defendant,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Daphne Oberg shall

hear and conduct plea rendering under Fed.R.Crim.P. 11, and may accept the plea of guilty from

the defendant pursuant thereto after full compliance with Fed.R.Crim.P. 11.

Dated this 22ND day of January, 2025.

BY THE COURT

_____
Tena Campbell
United States District Judge