Adam L. Crayk, 9443
STOWELL CRAYK, PLLC
4252 South 700 East
Millcreek, Utah 84107
Telephone: (801) 944-3459
Facsimile: (801) 483-0705
Email: adam@lawscb.com
    *Attorney for Defendant*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JEREMIAH JOSEPH EVANS<br>*Aka "The Bull"*,<br><br>   Defendant. | **MOTION TO WITHDRAW AS CJA COUNSEL FOR DEFENDANT AND REMOVAL FROM MAILING CERTIFICATES/ELECTRONIC NOTIFICATIONS**<br><br>Case No: 2:25-cr-00012-TC<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A Oberg |

    COMES NOW, Adam L. Crayk, and hereby moves the Court to allow him to withdraw as CJA counsel for Defendant, Jeremiah Joseph Evans, and remove him from mailing certificates and/or electronic notifications due to the fact Mr. Evans was sentenced May 12, 2025.

    For the above reason, counsel for the Defendant respectfully requests this Court to allow Mr. Crayk to withdraw as CJA counsel for the Defendant and remove him from mailing certificates and/or electronic notifications.

    DATED this 30th day of October, 2025.

                                          */s/ Adam L Crayk*
                                          STOWELL CRAYK, PLLC
                                          Adam L. Crayk
                                          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2025, I electronically filed the foregoing **MOTION TO WITHDRAW AS CJA COUNSEL FOR DEFENDANT AND REMOVAL FROM MAILING CERTIFICATES/ELECTRONIC NOTIFICATIONS** with the clerk of the Court and opposing counsel using the ECF System.

**Mark Evan Woolf**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
(801)524-5682
Email: mark.woolf@usdoj.gov

**Brian J. Williams**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
801-325-3258
Email: brian.williams5@usdoj.gov

**Jennifer E. Gully**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
(801) 325-3362
Email: jennifer.gully@usdoj.gov

**Angela Jean Clifford**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
801-524-5682
Email: angela.clifford@usdoj.gov

/s/ Lisa Freebairn