Adam L. Crayk, 9443
STOWELL CRAYK, PLLC
4252 South 700 East
Millcreek, Utah 84107
Telephone: (801) 944-3459
Facsimile: (801) 483-0705
Email: adam@lawscb.com
     *Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JEREMIAH JOSEPH EVANS<br>*Aka "The Bull"*,<br><br>  Defendant. | **ORDER GRANTING CJA COUNSEL FOR DEFENDANT AND REMOVAL FROM MAILING CERTIFICATES/ELECTRONIC NOTIFICATIONS**<br><br>Case No: 2:25-cr-00012-TC<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A Oberg |

    Based on the motion to withdraw as CJA counsel for Defendant, it is hereby ordered that Adam L. Crayk is granted leave to withdraw as counsel for Jeremiah Joseph Evans, and further, removed from mailing certificates/electronic notifications in this matter.

    SO ORDERED this 3rd day of November, 2025.

                                        BY THE COURT:

                                        _____
                                        HONORABLE TENA CAMPBELL
                                        United States District Court Judge